# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Motz, John F. | United States District Court for the District of Maryland | 5/6/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
101 West Lombard St., 5th Fl.
Baltimore, Maryland 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | College Savings Plans for grandsons |
| 2. | Trustee | Generation Skipping Trust for Children (GST) |
| 3. | Trustee | Sheppard & Enoch Pratt Health System |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Aberdeen Asia Pac Income (FAX) (IRA) | B | Int./Div. | | | Sold | 07/13/18 | K | A | |
| 2. Altria Group Inc (MO) | B | Dividend | K | T | | | | | |
| 3. Apple Inc (AAPL) | D | Dividend | N | T | Sold (part) | 07/13/18 | K | E | |
| 4. AT&T Inc (T) | C | Dividend | L | T | | | | | |
| 5. Campbell Soup Co (CPB) | A | Dividend | J | T | | | | | |
| 6. Chevron Corp (CVX) | B | Dividend | K | T | | | | | |
| 7. CVS Corp (CVS) | B | Dividend | K | T | | | | | |
| 8. DFA T A World Ex US Core Equity (DFTWX) | B | Int./Div. | L | T | | | | | |
| 9. DFA Targeted Credit Portfolio (DTCPX) (IRA) | C | Int./Div. | M | T | | | | | |
| 10. Duke Realty Corp (DRE) | A | Dividend | K | T | | | | | |
| 11. Exxon Mobil Corporation (XOM) | D | Dividend | M | T | | | | | |
| 12. FFCB Bond 3.32% 3/22/2024 (3133EJHF9) | A | Interest | K | T | Buy | 03/15/18 | K | | |
| 13. Fidelity 500 Index Fund Instl Prem (FUSVX) | D | Int./Div. | | | Merged (with line 14) | 11/05/18 | O | | |
| 14. Fidelity 500 Index Fund Premium (FXAIX) | D | Int./Div. | O | T | | | | | |
| 15. Fidelity Conservative Income Muni Bond (FMNDX) | A | Int./Div. | | | Sold | 03/07/18 | K | A | |
| 16. Fidelity Extended Market Index Fund Premium (FSEVX) | A | Int./Div. | | | Merged (with line 17) | 11/02/18 | L | | |
| 17. Fidelity Extended Market Index Instl Premium (FSMAX) | C | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Cash Reserves (FDRXX) (IRA) | B | Int./Div. | K | T | | | | | |
| 19. Fidelity Inflation Protected Bd Index Premium (FSIYX) (IRA) | A | Int./Div. | | | Buy | 07/13/18 | L | | |
| 20. | | | | | Merged (with line 21) | 11/05/18 | K | | |
| 21. Fidelity Inflation Protected Bd Index Instl Premium (FIPDX) (IRA) | A | Int./Div. | K | T | | | | | |
| 22. Fidelity Intermediate Treasury Bond Index Premium (FIBAX) (IRA) | B | Int./Div. | | | Merged (with line 23) | 11/02/18 | L | | |
| 23. Fidelity Interm Treasury Bond Index Instl Premium (FUAMX) (IRA) | A | Int./Div. | K | T | Sold (part) | 12/31/18 | K | A | |
| 24. Fidelity Md Municipal Income (SMDMX) | C | Int./Div. | M | T | | | | | |
| 25. Fidelity Short Term Treasury Bond Index Premium (FSBAX) (IRA) | A | Int./Div. | | | Sold (part) | 03/21/18 | K | A | |
| 26. | | | | | Sold (part) | 08/09/18 | K | A | |
| 27. | | | | | Merged (with line 28) | 11/05/18 | K | | |
| 28. Fid S/T Treasury Bond Indx Instl Prem (FUMBX) (IRA) | A | Int./Div. | | | Sold | 12/31/18 | K | A | |
| 29. Fidelity Treasury Fund (FZFXX) | B | Int./Div. | M | T | | | | | |
| 30. General Electric Company (GE) | A | Dividend | J | T | | | | | |
| 31. Invesco (formerly PowerShares) S&P 500 Equal Weight (RSP) | C | Int./Div. | M | T | | | | | |
| 32. International Business Machines (IBM) | D | Dividend | M | T | | | | | |
| 33. iShares Core MSCI EAFE ETF (IEFA) (IRA) | | None | K | T | Buy | 12/31/18 | K | | |
| 34. iShares Inc Core Msci Emerging Mkts (IEMG) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares MSCI EAFE Small Cap Index (SCZ) | A | Int./Div. | K | T | | | | | |
| 36. iShares MSCI Emerging Mkts Minimum Volatility Index (EEMV) | C | Int./Div. | M | T | | | | | |
| 37. iShares Russell 1000 Index (IWB) | D | Int./Div. | N | T | | | | | |
| 38. iShares Russell 2000 (IWM) | A | Int./Div. | K | T | | | | | |
| 39. iShares S&P 100 Index (OEF) | C | Int./Div. | M | T | | | | | |
| 40. iShares S&P 500 Index (IVV) (IRA) | D | Int./Div. | N | T | Buy (add'l) | 12/31/18 | M | | |
| 41. iShares S&P 500 Value (IVE) | D | Int./Div. | N | T | | | | | |
| 42. iShares S&P SmallCap 600 Citigroup Value Index (IJS) | B | Int./Div. | L | T | | | | | |
| 43. iShares S&P SmallCap 600 Index (IJR) | B | Int./Div. | M | T | | | | | |
| 44. Kraft Heinz Company (KHC) | A | Dividend | J | T | | | | | |
| 45. Linde PLC (LIN) | | None | | | Sold | 11/20/18 | M | A | |
| 46. Merck & Co Inc (MRK) | A | Dividend | K | T | | | | | |
| 47. Mondelez Intl Inc (MDLZ) | A | Dividend | J | T | | | | | |
| 48. Nuveen Build Amer Bd Fd (NBB) (IRA) | C | Int./Div. | M | T | Sold (part) | 11/21/18 | J | A | |
| 49. Nuveen Build America (NBD) (IRA) | C | Int./Div. | | | Buy (add'l) | 05/29/18 | K | | |
| 50. | | | | | Merged (with line 48) | 11/16/18 | L | | |
| 51. Nuveen Credit Strategies Income Fund (JQC) (IRA) | C | Int./Div. | L | T | Buy (add'l) | 03/21/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 53. Nuveen MD Quality Muni Income (NMY) | D | Int./Div. | L | T | Buy (add'l) | 02/22/18 | K | | |
| 54. | | | | | Sold (part) | 05/29/18 | K | A | |
| 55. | | | | | Sold (part) | 07/13/18 | K | A | |
| 56. Nuveen Select Tax-Free Income (NXQ) | C | Int./Div. | L | T | | | | | |
| 57. Olin Corp (OLN) | A | Dividend | J | T | | | | | |
| 58. Pepsico Incorporated (PEP) | C | Dividend | M | T | | | | | |
| 59. Philip Morris Intl Inc (PM) | B | Dividend | K | T | | | | | |
| 60. PIMCO Income Instl (PIMIX) (IRA) | D | Int./Div. | L | T | Sold (part) | 03/21/18 | L | B | |
| 61. Invesco (Formerly PowerShares) Insured Natl Muni Bond (PZA) | B | Int./Div. | L | T | | | | | |
| 62. Praxair Inc (PX) | B | Dividend | | | Merged (with line 45) | 10/31/18 | M | | |
| 63. SPDR S&P 500 ETF Trust (SPY) | C | Int./Div. | M | T | | | | | |
| 64. Stanley Black & Decker Inc (SWK) | B | Dividend | L | T | | | | | |
| 65. Stone Ridge Reinsurance Risk Premium (SRRIX) (IRA) | C | Int./Div. | M | T | Buy (add'l) | 03/21/18 | K | | |
| 66. T Rowe Price Group Inc (TROW) | D | Dividend | N | T | | | | | |
| 67. T Rowe Price MD Tax Free Bond (MDXBX) | D | Int./Div. | N | T | Buy (add'l) | 10/16/18 | K | | |
| 68. T Rowe Price Value (TRVLX) | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Union Pacific Corp (UNP) | D | Dividend | N | T | | | | | |
| 70. Vanguard FTSE Developed Markets (VEA) | C | Int./Div. | M | T | | | | | |
| 71. Vanguard Hi Yield Tax-Exempt Admiral (VWALX) | D | Int./Div. | M | T | Sold (part) | 02/22/18 | L | A | |
| 72. Vanguard High Yield Corporate Admiral (VWEAX) (IRA) | A | Int./Div. | | | Sold | 02/22/18 | K | A | |
| 73. Vanguard Large Cap (VV) | B | Int./Div. | M | T | | | | | |
| 74. Washington Real Estate (WRE) | C | Int./Div. | L | T | | | | | |
| 75. Western Asset High Income Opportunity Fund (HIO) (IRA) | | None | K | T | Buy | 12/31/18 | K | | |
| 76. Yum China Holdings Inc (YUMC) | A | Dividend | K | T | | | | | |
| 77. Yum! Brands Inc (YUM) | B | Dividend | L | T | | | | | |
| 78. 529 - Portfolio 2027 (CUST) | A | Int./Div. | M | T | | | | | |
| 79. 529 - Vanguard HY Bond (CUST) | A | Int./Div. | | | Sold (part) | 01/04/18 | K | | |
| 80. | | | | | Sold (part) | 02/22/18 | K | | |
| 81. | | | | | Sold (part) | 05/31/18 | K | | |
| 82. | | | | | Sold | 08/28/18 | K | | |
| 83. 529 - Portfolio 2030 (CUST) | A | Int./Div. | K | T | | | | | |
| 84. 529 - Bond and Income Portfolio (CUST) | A | Int./Div. | M | T | | | | | |
| 85. 529-Vanguard Total Bond Market Index Portfolio (CUST) | A | Int./Div. | M | T | Buy (add'l) | 01/04/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 87. | | | | | Buy (add'l) | 03/08/18 | K | | |
| 88. | | | | | Buy (add'l) | 05/31/18 | K | | |
| 89. | | | | | Sold (part) | 08/28/18 | J | | |
| 90. | | | | | Sold (part) | 12/31/18 | J | | |
| 91. 529 - Vanguard Total International Stock Index Portfolio (CUST) | A | Int./Div. | L | T | Buy (add'l) | 01/04/18 | J | | |
| 92. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 93. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 94. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 95. | | | | | Buy (add'l) | 08/28/18 | J | | |
| 96. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 97. 529 - Vanguard Total Stock Market Index Portfolio (CUST) | A | Int./Div. | M | T | Buy (add'l) | 01/04/18 | K | | |
| 98. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 99. | | | | | Buy (add'l) | 03/08/18 | K | | |
| 100. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 101. | | | | | Buy (add'l) | 08/28/18 | J | | |
| 102. | | | | | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 529 - Vanguard Interest Accumulation Portfolio | A | Int./Div. | K | T | Buy | 08/28/18 | K | | |
| 104. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 105. -TRP Blue Chip Growth (TRBCX) (GST) | D | Int./Div. | N | T | | | | | |
| 106. -TRP Int Bond (RPIBX) (GST) | A | Int./Div. | K | T | | | | | |
| 107. -TRP Int Stock (PRITX) (GST) | C | Int./Div. | K | T | | | | | |
| 108. -TRP Equity Income (PRFDX) (GST) | D | Int./Div. | M | T | | | | | |
| 109. -TRP Global Stock (PRGSX) (GST) | D | Int./Div. | M | T | | | | | |
| 110. -TRP Growth Stock (PRGFX) (GST) | E | Int./Div. | N | T | | | | | |
| 111. -TRP New Era (PRNEX) (GST) | A | Int./Div. | K | T | | | | | |
| 112. -TRP Government Money (PRRXX) (GST) | C | Int./Div. | M | T | | | | | |
| 113. -TRP Spectrum Growth (PRSGX) (GST) | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

-Fidelity Extended Market Index Fund Premium (FSEVX) on line 16 of the 2018 report, was consolidated into Fidelity Extended Market Index Instl Premium (FSMAX) on line 17 of the 2018 report

-Fidelity 500 Index Fund Premium (FUSVX) on line 13 of the 2018 report, was consolidated into Fidelity 500 Index Instl Premium (FXAIX) on line 14 of the 2018 report

-Fidelity Inflation Protected Bd Index Premium (FSIYX) on line 19 of the 2018 report, was consolidated into Fidelity Inflation Protected Bd Index Instl Premium (FIPDX) on line 21 of the 2018 report

-Fidelity Intermediate Treasury Bond Index Premium (FIBAX) on line 22 of the 2018 report, was consolidated into Fidelity Intermediate Treasury Bond Index Instl Premium (FUAMX) on line 23 of the 2018 report

-Fidelity Short Term Treasury Bond Idex Premium (FSBAX) on line 25 of the 2018 report, was consolidated into Fidelity S/T Treasury Bond Index Instl Premium (FUMBX) on line 28 of the 2018 report

-Nuveen Build America (NBD) on line 49 of the 2018 report, was merged into Nuveen Build America Bond Fund (NBB) on line 48 of the 2018 report

-Praxair Inc (PX) on line 62 of the 2018 report, was merged into Linde PLC (LIN) on line 45 of the 2018 report and LIN was sold on 11/20/18

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 5/6/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John F. Motz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544